# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ALVEAR, M.D.,<br><br>Defendant. | 2:20-cr-229-JAD-VCF<br><br>**STIPULATION TO EXTEND MOTION DEADLINE TO FILE PRETRIAL MOTIONS and NOTICES OF DEFENSES**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, and Peter Levitt, Assistant United States Attorney, counsel for the United States of America; and Steven J. Karen, counsel for Defendant WILLIAM ALVEAR, M.D., that the deadline to file Pretrial Motions and Notices of Defenses under LCR12-1(b) of May 20, 2021, be extended. This Stipulation is entered into for the following reasons:

1. The parties agree to the continuance.

2. Defense Counsel has not been provided with all relevant discovery.

3. The parties are in the process of discussing and negotiating a plea offer in this case. It is also anticipated that additional discovery will soon be provided consisting of numerous medical charts and additional evidence seized during the search of the Defendant's medical clinic. Counsel for the defendant will need will more time to prepare, which will include reviewing the additional discovery, discussing that discovery with his client, considering new evidence that may affect the disposition of this case, conducting necessary legal research and investigation, and then discussing with his client how to proceed.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendant sufficient time within which to be able to effectively complete investigation of discovery and transcripts.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7), and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. Trial is currently set for November 30, 2021, and the parties seek to extend the Deadline to File Pretrial Motions and Notices of Defenses until Wednesday, August 18, 2021.

7. This is the third Stipulation to continue filed herein.

DATED: May 7, 2021

LAW OFFICE OF STEVEN J. KAREN

NICHOLAS TRUTANICH

UNITED STATES OF AMERICA

By: /s/ STEVEN J. KAREN, ESQ.
STEVEN J. KAREN
Counsel for William Alvear, M.D.

By: /s/ PETER S. LEVITT, ESQ.
PETER S. LEVITT
Assistant U.S. Attorney
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ALVEAR, M.D.,<br><br>Defendants. | 2:20-cr-229-JAD-VCF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## **FINDINGS OF FACT**

Based upon the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. The parties agree to the continuance.

2. Defense Counsel has not been provided with all relevant discovery.

3. The parties are in the process of discussing and negotiating a plea offer in this case. It is also anticipated that additional discovery will soon be provided consisting of numerous medical charts and additional evidence seized during the search of the Defendant's medical clinic. Counsel for the Defendant will need will more time to prepare, which will include reviewing the additional discovery, discussing that discovery with his client, considering new evidence that may affect the disposition of this case, conducting necessary legal research and investigation, and then discussing with his client how to proceed.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendants sufficient time within which to be able to effectively complete and review additional anticipated discovery.

5. The additional time requested by this Stipulation is excluded in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7), and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. Trial is currently set for November 30, 2021, and the parties seek to extend the Deadline to File Pretrial Motions and Notices of Defenses until Wednesday, August 18, 2021.

7. This is the Third Stipulation to Continue filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial dates.

## **CONCLUSIONS OF LAW**

The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendants sufficient time within which to be able to effectively complete their investigation of discovery.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

## **ORDER**

IT IS FURTHER ORDERED, that Pretrial Motions and Notices of Defenses under LCR12-1(b) shall be filed by Wednesday, August 18, 2021. Responses are due by September 1, 2021. Replies are due by September 8, 2021.

DATED: May 13, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE