JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
PETER S. LEVITT
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: peter.s.levitt@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 2:20-cr-00229-CDS-VCF |
| Plaintiff, | ) | |
| | ) | **Stipulation to Continue Government's** |
| vs. | ) | **Response to Defendant's Motion for a** |
| | ) | **Subpoena *Duces Tecum* [ECF No. 45]** |
| WILLIAM ALVEAR, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATION: This stipulation is timely filed.

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney and Peter S. Levitt, Assistant United States Attorney, representing the United States of America; and Steven J. Karen, Esq., counsel for defendant William Alvear, that the government shall have until and including September 16, 2022, to file a response to defendant's "Motion for Pretrial Subpoena *Duces Tecum*," which defendant filed on August 19, 2022.[1]

Trial is currently scheduled for November 15, 2022.

///

///

---

[1] ECF No. 45 (setting Sept. 6, 2022 as due date for responses). This filing was superseded by a "Notice of Corrected Image/Document re: [ECF No.] 45," which defendant filed on August 25, 2022.

From the second half of August 2022 until earlier this week, undersigned counsel for the government has been occupied exclusively by pretrial preparation and the subsequent jury trial in *United States v. Hall*, 2:19-cr-154-RFB-VCF. Since that trial ended (in a mistrial) on August 29, 2022, the undersigned has been trying to respond to the hundreds of phone and email messages that accumulated during that time.

As a result, the parties stipulate that the government has until September 16, 2022 to file a response to ECF No. 45, if one is necessary. The parties further stipulate that defendant shall file any reply to the government's response not later than September 23, 2022.

This is the first request to extend time.

Dated this 1st day of September, 2022.

JASON M. FRIERSON
United States Attorney

/s/ Steven J. Karen
STEVEN J. KAREN, ESQ.
Counsel for Defendant

/s/ Peter S. Levitt
PETER S. LEVITT
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:20-cr-00229-CDS-VCF |
| vs. | ) **Order Pursuant to Stipulation of the Parties** |
| WILLIAM ALVEAR, | ) |
| Defendant. | ) |

    Based on the pending Stipulation of counsel, and good cause appearing thereof, it is therefore ORDERED that the government's response regarding Defendant's Motion Pretrial Subpoena *Duces Tecum* (ECF No. 45) is due not later than September 16, 2022.

    The defendant's reply to the government's response shall be due not later than September 23, 2022.

    DATED this  1st  day of September, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE