# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | |
| v. | 2:20-cr-229-CDS-VCF |
| WILLIAM ALVEAR, M.D., | **ORDER** |
| Defendant(s). | |

Before the Court is Defendant William Alvear M.D.'s motion for pretrial subpoena duces tecum (ECF NO. 45).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on Defendant William Alvear M.D.'s motion for pretrial subpoena duces tecum (ECF NO. 45), is SCHEDULED for 3:00 PM, October 18, 2022, in Courtroom 3D.

DATED this 7th day of October 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE