# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ALVEAR, M.D.,<br><br>Defendant. | 2:20-cr-229-JAD-VCF<br><br>**STIPULATION TO CONTINUE MOTION HEARING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, and Peter Levitt, Assistant United States Attorney, counsel for the United States of America; and Steven J. Karen, counsel for Defendant WILLIAM ALVEAR, M.D., that the Motion Hearing currently scheduled for *Tuesday, October 18, 2022*, at the hour of **3:00 p.m.**, be rescheduled be vacated and set to a date and time convenient to this Court.

This Stipulation is entered into for the following reasons:

1. Tuesday, October 18, 2022, is a non-working Jewish holiday for Defense Counsel.

2. The parties agree to the continuance.

3. The Defendant is not incarcerated; this is a non-violent offence, and Defendant does not object to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely due to Tuesday, October 18, 2022, being a non-working Jewish holiday for Defense Counsel.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7), and Title 18, United States Code, Section 3161(h)(7)(A),

1

considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

7. This is the First Stipulation to continue the Motion Hearing filed herein.

DATED: Wednesday, October 12, 2022

| LAW OFFICE OF STEVEN J. KAREN | CHRISTOPHER CHIOU |
| --- | --- |
| | ACTING UNITED STATES ATTORNEY |
| | UNITED STATES OF AMERICA |
| By: /s/ STEVEN J. KAREN, ESQ. | By: /s/ PETER S. LEVITT, ESQ. |
| STEVEN J. KAREN | PETER S. LEVITT |
| Counsel for William Alvear, M.D. | Assistant U.S. Attorney |
| | Counsel for Plaintiff |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ALVEAR, M.D.,<br><br>Defendants. | 2:20-cr-229-JAD-VCF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

**FINDINGS OF FACT**

Based upon the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

7. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7), and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

8. This is the First Stipulation to continue the Motion Hearing filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Motion Hearing currently set for Tuesday, October 18, 2022, at 3:00 p.m.

**CONCLUSIONS OF LAW**

Tuesday, October 18, 2022, is a non-working Jewish holiday for Defense Counsel.

The parties agree to the continuance.

3

The Defendant is not incarcerated; this is a non-violent offence, and Defendant does not object to the continuance.

The additional time requested herein is not sought for purposes of delay, but merely due to Tuesday, October 18, 2022, being a non-working Jewish holiday for Defense Counsel.

The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7), and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the First Stipulation to continue the Motion Hearing filed herein.

## **ORDER**

IT IS THEREFORE ORDERED that the Motion Hearing currently scheduled for ***Tuesday, October 18, 2022***, at the hour of **3:00 p.m.**, be vacated and continued to In-person hearing at 11:45AM, October 21, 2022, Courtroom 3D.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  10-12-2022  _____