1  STEVEN J. KAREN, ESQ.
   Nevada Bar 004651
2  2810 West Charleston Boulevard, Suite 82
   Las Vegas, Nevada 89102
3  Telephone:    (702) 382-9307
   Facsimile:    (702) 382-1836
4  Email:         stevenjkaren@gmail.com
   Attorney for Defendant
5  WILLIAM ALVEAR, M.D.

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,          |   2:20-cr-00229-CDS-VCF

9                    Plaintiff,        |   **~~PROPOSED~~ ORDER GRANTING IN PART
                                            DEFENDANT WILLIAM ALVEAR M.D'S
10 vs.                                      MOTION FOR ISSUANCE OF PRETRIAL
                                            SUBPOENAS**
11 WILLIAM ALVEAR, M.D.,

12                    Defendant.

13

14      This matter having come on for hearing on the 21st day of October before the Honorable Cam

15 Ferenbach, the Defendant present at liberty with Steven J. Karen, Esq., and the Government represented

16 by Peter Levitt, Esq., and the Court, being fully advised in the premises,

17      IT IS HEREBY ORDERED that Defendant's Motion for Pretrial Subpoenas is hereby granted in

18 part.

19      IT IS FURTHER ORDERED that each medical provider will produce certified copies of medical

20 records to the Clerk of Court in a sealed envelope.

21      The Clerk of Court is to directed file certified copies of the medical records under seal and to

22 distribute the certified copies of the medical records to both the Government and the Defense.  The Clerk

23 of Court is to then directed to destroy the original medical records.

24 / / / / /

25 / / / / /

26 / / / / /

27 / / / / /

28                              1

1       IT IS FURTHER ORDERED that expenses for copying and production of the medical records by

2   the providers will be paid by Defense.

3       DATED this ___31st___ day of ___October___ 2022.

4

5                                                   _____

6                                                   Cam Ferenbach, U.S. Magistrate Judge

7
    Submitted by:                                   Approved as to Form and Content:
8

9

10  /s/ STEVEN J. KAREN, ESQ.____                   /s/ PETER S. LEVITT, ESQ.____
    Counsel for William Alvear, M.D.                Assistant U.S. Attorney
11                                                  Counsel for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-00229-CDS-VCF |
| Plaintiff, | **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE** |
| vs. | |
| WILLIAM ALVEAR, M.D., | |
| Defendant. | |

TO:    Jennifer Hudson, Custodian of Medical Records
        Nevada Pain Care
        825 North Gibson Road, Suite 420
        Henderson, Nevada 89011
        Telephone:    (702) 912-4100 x 400

       **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

       The following records are requested for the **Patient Adina Tortomasi D'ambrose**: All medical records, including **X-Ray Reports, MRI Reports, Diagnostic Reports, Lab Testing, & SOAP Notes, Chart Notes, Prescriptions,** for this patient in your possession**,** for the dates of March 2019 through October 2020 (19 months).

       The certified medical records are to be produced and returned in the attached envelope to be filed under seal as follows:

Place:  Clerk of Court                   Date and Time:  NOVEMBER 28, 2022
       Room 1334                               9:00 a.m.
       United States District Court
       300 Las Vegas Boulevard South
       Las Vegas, Nevada 89101

       Invoices for copying and production will be paid by the Defense.  Submit the invoice to:

       Law Office of Steven J. Karen
       Suite 82
       2810 West Charleston Boulevard
       Las Vegas, Nevada 89102
       Telephone:    (702) 382-9307
       Facsimile:    (702) 382-1836

/ / / / /

/ / / / /

/ / / / /

1

1

      Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

2

3

(SEAL)

4

Date:                                                            CLERK OF COURT

5

6

_____

7

Signature of Clerk or Deputy Clerk

8

DATE:  October 31, 2022

9

CAM FERENBACH
U.S. MAGISTRATE JUDGE

10

11

12

/s/ Steven J. Karen, Esq.
_____

13

STEVEN J. KAREN, ES4Q.
Nevada Bar 004651

14

2810 West Charleston Boulevard, Suite 82
Las Vegas, NV 89102

15

Telephone:     (702) 382-9307
Facsimile:      (702) 382-1836

16

Email:          stevenjkaren@gmail.com
Attorney for Defendant

17

WILLIAM ALVEAR, M.D.

18

19

20

21

22

23

24

25

26

27

28

2

Case No. 2:20-cr-00229-CDS-VCF

**<u>AFFIDAVIT OF CUSTODIAN OF RECORDS</u>**

STATE OF NEVADA      )
                  ) SS.
COUNTY OF CLARK _____)

NOW COMES _____, who after being first duly sworn, deposes and says:

      1.     That the affiant is the Custodian of Records of **NEVADA PAIN CARE**, and in such capacity, is the custodian of the billing records of the office or institution.

      2.     That on the _____ day of _____ 2022, the affiant was served with a request in connection with the above-entitled matter, calling for the production of **medical records** pertaining to **Adina Tortomasi D'ambrose.**

      3.     That the affiant has examined the original of those **medical records** and has made a true and exact copy of them and that the reproduction of them attached hereto is true and complete.

      4.     That the original of those **medical records** was made at or near the time of the acts, events, conditions, opinions, or diagnosis recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the affiant or the office or institution in which the affiant is engaged.

 

                                          _____
                                          CUSTODIAN OF RECORDS
                                          NEVADA PAIN CARE

SUBSCRIBED and sworn to before me
this __ day of _____ 2022.


_____
Notary Public in and for said
County of Clark and State of Nevada

Case No. 2:20-cr-00229-CDS-VCF

### DECLARATION OF CUSTODIAN OF RECORDS

STATE OF NEVADA       )
                   ) SS.
COUNTY OF CLARK _____)

      NOW COMES _____, who after being first duly sworn, deposes and says:

      1.     That the affiant is the Custodian of Records of **NEVADA PAIN CARE**, and in such capacity, is the custodian of the billing records of the office or institution.

      2.     That on the _____ day of _____ 2022, the affiant was served with a request in connection with the above-entitled matter, calling for the production of **medical records** pertaining to **Adina Tortomasi D'ambrose.**

      3.     That the affiant has examined the original of those **medical records** and has made a true and exact copy of them and that the reproduction of them attached hereto is true and complete.

      4.     That the original of those **medical records** was made at or near the time of the acts, events, conditions, opinions, or diagnosis recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the affiant or the office or institution in which the affiant is engaged.


                                _____
                                  CUSTODIAN OF RECORDS
                                  NEVADA PAIN CARE

Case No. 2:20-cr-00229-CDS-VCF

## PROOF OF SERVICE

This subpoena for **NEVADA PAIN CARE** was received by me on _____. I served the subpoena by delivering a copy to the named person as follows:

on _____; or I returned the subpoena un-executed because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $_____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date:                                                    _____
                                                                      Server's signature

                                                         _____
                                                                      Printed name and title

                                                         _____
                                                                      Server's address

Additional information regarding attempted service, etc.:

5

**Federal Rule of Criminal Procedure 17 ©, (d), (e), and (g) (Effective 12/1/08)**

**© Producing Documents and Objects.**

> **(1) In General**. A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

> (**2) Quashing or Modifying the Subpoena**. On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

> **(3) Subpoena for Personal or Confidential Information About a Victim**. After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service**. A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service**.

> **(1) In the United States**. A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

> **(2) In a Foreign Country**. If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g) Contempt**. The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-00229-CDS-VCF |
| Plaintiff, | **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE** |
| vs. | |
| WILLIAM ALVEAR, M.D., | |
| Defendant. | |

5

6

7

8

9   TO:   Octavia Brooks, and/or Allison Bredestege, Licensing Manager, and/or
Custodian of Pharmacy Records

10        Smith's Pharmacy #315 (3088)
        8525 West Warm Springs Road

11        Las Vegas, Nevada 89113
        Telephone:     (702) 505-4955

12

13        **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following
books, papers, documents, data, or other objects:

14        The following pharmacy records are requested for the **Patient Adina Tortomasi D'ambrose**: All
medical records, including **Pharmacy Records and Prescriptions,** for this patient in your possession**,** for

15   the dates of March 2019 through October 2020 (19 months).

16        The certified medical records are to be produced and returned in the attached envelope to be filed
under seal as follows:

17

18   Place:   Clerk of Court                                   Date and Time:   NOVEMBER 28, 2022
        Room 1334                                                                            9:00 a.m.

19        United States District Court
        300 Las Vegas Boulevard South

20        Las Vegas, Nevada 89101

21        Invoices for copying and production will be paid by the Defense.  Submit the invoice to:

22        Law Office of Steven J. Karen
        Suite 82

23        2810 West Charleston Boulevard
        Las Vegas, Nevada 89102

24        Telephone:     (702) 382-9307
        Facsimile:     (702) 382-1836

25   / / / / /

26   / / / / /

27   / / / / /

28                                                              1

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)
Date:                                              CLERK OF COURT

                                                   _____
                                                   Signature of Clerk or Deputy Clerk

DATE:                                              _____
     10-31-2022                                   Cam Ferenbach, U.S. Magistrate Judge

/s/ Steven J. Karen, Esq.
STEVEN J. KAREN, ES4Q.
Nevada Bar 004651
2810 West Charleston Boulevard, Suite 82
Las Vegas, NV 89102
Telephone:       (702) 382-9307
Facsimile:       (702) 382-1836
Email:           stevenjkaren@gmail.com
Attorney for Defendant
WILLIAM ALVEAR, M.D.

Case No. 2:20-cr-00229-CDS-VCF

## **AFFIDAVIT OF CUSTODIAN OF RECORDS**

STATE OF NEVADA          )
                                         ) SS.
COUNTY OF CLARK _____)

NOW COMES _____, who after being first duly sworn, deposes and says:

1.      That the affiant is the Custodian of Records of **SMITH'S PHARMACY #315 (3088)**, and in such capacity, is the custodian of the billing records of the office or institution.

2.      That on the _____ day of _____ 2022, the affiant was served with a request in connection with the above-entitled matter, calling for the production of **medical records** pertaining to **Adina Tortomasi D'ambrose.**

3.      That the affiant has examined the original of those **medical records** and has made a true and exact copy of them and that the reproduction of them attached hereto is true and complete.

4.      That the original of those **medical records** was made at or near the time of the acts, events, conditions, opinions, or diagnosis recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the affiant or the office or institution in which the affiant is engaged.


_____
CUSTODIAN OF RECORDS
**SMITH'S PHARMACY #315 (3088)**


SUBSCRIBED and sworn to before me
this __ day of _____ 2022.


_____
Notary Public in and for said
County of Clark and State of Nevada

3

Case No. 2:20-cr-00229-CDS-VCF

## DECLARATION OF CUSTODIAN OF RECORDS

STATE OF NEVADA      )
                             ) SS.
COUNTY OF CLARK _____)

NOW COMES _____, who after being first duly sworn, deposes and says:

1.      That the affiant is the Custodian of Records of **SMITH'S PHARMACY #315 (3088)**, and in such capacity, is the custodian of the billing records of the office or institution.

2.      That on the ____ day of _____ 2022, the affiant was served with a request in connection with the above-entitled matter, calling for the production of **medical records** pertaining to **Adina Tortomasi D'ambrose.**

3.      That the affiant has examined the original of those **medical records** and has made a true and exact copy of them and that the reproduction of them attached hereto is true and complete.

4.      That the original of those **medical records** was made at or near the time of the acts, events, conditions, opinions, or diagnosis recited therein by or from information transmitted by a person with knowledge in the course of a regularly conducted activity of the affiant or the office or institution in which the affiant is engaged.

_____
CUSTODIAN OF RECORDS
**SMITH'S PHARMACY #315 (3088)**

Case No. 2:20-cr-00229-CDS-VCF

## PROOF OF SERVICE

This subpoena for **SMITH'S PHARMACY #315 (3088)** was received by me on _____. I served the subpoena by delivering a copy to the named person as follows:

on _____; or I returned the subpoena un-executed because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $_____ .

My fees are $ _____ for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date:                                              _____
                                                                Server's signature

                                                   _____
                                                                Printed name and title

                                                   _____
                                                                Server's address

Additional information regarding attempted service, etc.:

**Federal Rule of Criminal Procedure 17 ©, (d), (e), and (g) (Effective 12/1/08)**

**© Producing Documents and Objects.**

> **(1) In General**. A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

> (**2) Quashing or Modifying the Subpoena**. On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

> **(3) Subpoena for Personal or Confidential Information About a Victim**. After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service**. A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service**.

> **(1) In the United States**. A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

> **(2) In a Foreign Country**. If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g) Contempt**. The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).