**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff(s), | |
| v. | 2:20-cr-229-CDS-VCF |
| WILLIAM ALVEAR, M.D., | **ORDER** |
| Defendant(s). | |

Before the Court is Defendant William Alvear M.D.'s motion for pretrial subpoena duces tecum (ECF NO. 92).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on Defendant William Alvear M.D.'s motion for pretrial subpoena duces tecum (ECF NO. 92), is SCHEDULED for 10:00 AM, April 11, 2023, in Courtroom 3D.

DATED this 28th day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE