UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM ALVEAR, M.D.,

    Defendant.

Case No. 2:20-cr-00229-CDS-VCF

**Protective Order**

Based on the Government's Motion for a Protective Order, and good cause appearing therefore, the Court hereby:

1. The protected information shall only be viewed in preparation for trial in the above captioned matter by Steve Karen, Mace Yampolsky, the defendant, and members of the trial team. No other persons shall be allowed to read or otherwise review the protected information;

2. Defendant shall not discuss or otherwise disclose the contents of the protected information with any persons outside of the trial team;

3. The protected information shall not be used for any purpose other than preparing to defend against the charges in the Superseding Indictment against William Alvear;

4. The protected information shall not be attached to any of the pleadings, briefs, or other court filings except to the extent those pleadings, briefs, or filing are filed under seal;

4

5. Upon conclusion of this action, within a reasonable time not to exceed thirty days after the last appeal is final, the protected information, and any and all copies, shall be returned to the government or destroyed by defense counsel and certified to government counsel the destruction of the protected information.

Based on the foregoing, IT IS THEREFORE ORDERED the Government's Motion for a Protective Order is hereby GRANTED, consistent with this Order.

Dated this 11 day of April, 2023

HONORABLE CAM FERENBACH
United States Magistrate Judge