```
1  YAMPOLSKY & MARGOLIS
   MACE J. YAMPOLSKY, ESQ.
2  Nevada Bar No. 001945
   JASON R. MARGOLIS, ESQ.
3  Nevada Bar No. 012439
   625 S. Sixth Street
4  Las Vegas, Nevada 89101
   (702) 385-9777; Fax No. (702) 385-3001
5  Attorney for Defendant
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No. | 2:20-cr-00229-CDS-VCF |
|---|---|---|---|
| Plaintiff, | ) | | |
| vs. | ) | ~~PROPOSED~~ ORDER GRANTING IN PART DEFENDANT WILLIAM ALVEAR M.D'S MOTION FOR ISSUANCE OF PRETRIAL SUBPOENAS | |
| WILLIAM ALVEAR, M.D., | ) | | |
| Defendant. | ) | | |

This matter having come on for hearing on the 17th day of April, 2023 before the Honorable Cam Ferenbach, Mace Yampolsky appearing on behalf of Dr. Alvear and the Court, being fully advised in the premises,

IT IS HEREBY ORDERED that Defendant's Motion for Pretrial Subpoenas Duces Tecum is hereby granted in part.

IT IS FURTHER ORDERED that each medical provider will produce certified copies of medical records to the Clerk of Court in a sealed envelope.

The Clerk of Court is to directed file certified copies of the medical records under seal and to distribute the certified copies of the medical records to both the Government and the Defense. The Clerk of Court is to then directed to destroy the original records.

/////

/////

/////

/////

1

IT IF FURTHER ORDERED that expenses for copying and production of the medical records by the providers will be paid by Defense.

DATED this __17th__ day of __April__, 2023.

_____
Cam Ferenbach, U.S. Magistrate Judge

Submitted by:

__/s/ Mace J. Yampolsky, Esq.__
MACE J. YAMPOLSKY, ESQ.
Counsel for William Alvear, M.D.