# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

WILLIAM ALVEAR, M.D.,

Defendant(s).

2:20-cr-00229-CDS-VCF

**ORDER**

Before the court are defendant's motion for video deposition to preserve testimony of patient RG (ECF NO. 164), motion to seal (ECF NO. 165), and Government's motion to file a surreply to defendant's reply to the Government's response (ECF No. 167).

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on defendant's motion for video deposition to preserve testimony of patient RG (ECF NO. 164), motion to seal (ECF NO. 165), and Government's motion to file a surreply to defendant's reply to the Government's response (ECF No. 167), is scheduled for **10:00 AM, July 21, 2023**, in Courtroom 3D.

In preparation for evidentiary hearing, the parties must meet the following requirements:

1. EXHIBIT LISTS: On or before, July 17, 2023, counsel, must supply the undersigned's Courtroom Deputy Clerk with, (a) the original and two copies of a complete list of exhibits that will be offered into evidence at the evidentiary hearing, and (b) the original and two copies of a complete list of witnesses who will be called at the evidentiary hearing. At the same time, each party shall serve copies of these lists on all other parties.

NUMERALS 1 – 500 will be used to identify the plaintiff's exhibits and NUMERALS 500 - 1000 will be used to identify the defendant's exhibits. The exhibits will be listed on the form to be provided by the Clerk, a sample of which is attached to this order. The parties may use computer-generated exhibit

lists as long as they conform to the requirements of the form provided by the Clerk. The parties will retain possession of their exhibits until such time as the exhibits are identified in open court; thereafter, the exhibits which are so identified shall remain in the custody of the Clerk, unless otherwise ordered.

2. MARKING EXHIBITS: Prior to the evidentiary hearing, counsel for all parties, must meet with the Courtroom Deputy Clerk for the purpose of pre-marking all evidentiary hearing exhibits. They must also exchange copies of their exhibits. Additionally, they must provide the Clerk with one (1) copy of their exhibits in a three-ring binder for the Court's use. The meeting will take place in Courtroom 3D, on July 17, 2023, at 1:00 PM.

3. CONTACT PERSON: All questions concerning the foregoing should be directed to Courtroom Deputy Clerk Tawnee Renfro at (702) 464-5427.

DATED this 7th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2

1

2

**EXHIBIT LIST**

Case No.: _____          Page:   1    of    1

Caption: _____

Exhibits on behalf of   _____

| DATE MARKED | DATE ADMITTED | EXHIBIT NUMBER | WITNESS | DESCRIPTION |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3