JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
KIMBERLY SOKOLICH
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Supriya.Prasad@usdoj.gov
Kimberly.Sokolich@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>WILLIAM ALVEAR, M.D.,<br><br>Defendant | Case No. 2:20-cr-00229-CDS-VCF<br><br>**Order Granting Government's Motion to Dismiss Count Forty-Three of the Superseding Indictment Pursuant to Federal Rule of Criminal Procedure 48(a)**<br><br>[ECF No. 189] |

COMES NOW the United States of America, by and through Jason M. Frierson, United States Attorney, Supriya Prasad and Kimberly Sokolich, Assistant United States Attorneys; and respectfully seek leave of court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss without prejudice Count Forty-Three of the

//

//

//

//

Superseding Indictment filed on October 12, 2022 (ECF No. 59).

Respectfully submitted this 17th day of October 2023,

JASON M. FRIERSON
United States Attorney

 /s/ Supriya Prasad
SUPRIYA PRASAD
KIMBERLY SOKOLICH
Assistant United States Attorney

Leave of Court **[ECF No. 189] is granted** for filing the above dismissal and Count Forty-Three of the Superseding Indictment (ECF No. 59) is hereby dismissed.

DATED: October 25, 2023

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT COURT