JASON M. FRIERSON
United States Attorney
Nevada State Bar Number 7709
KIMBERLY SOKOLICH
Kimberly.Sokolich@usdoj.gov
SUPRIYA PRASAD
Supriya.Prasad@usdoj.gov
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-229-CDS-VCF |
| Plaintiff | **EVIDENTIARY STIPULATIONS** |
| v. | |
| WILLIAM ALVEAR, M.D., | |
| Defendant. | |

The United States of America, by and through JASON M. FRIERSON, United States Attorney, and SUPRIYA PRASAD and KIMBERLY SOKOLICH, Assistant United States Attorneys, and Defendant WILLIAM ALVEAR by and with the consent of his attorneys, STEVEN KAREN and MACE YAMPOLSKY, hereby stipulate and agree to the authenticity and admissibility of the following:

1. Search Warrant Photos taken September 3, 2020 at 530 E. St. Louis Ave, Las Vegas, NV 89104 (Government's Exhibits 17 (a-n, p-q)).

Finally, while reserving the right to object to admissibility, the parties stipulate and agree to the authenticity and accuracy of:

1

1. The contents of William Alvear's cellphone, seized September 3, 2020 (Bates Stamped 10020–16701; Defense Extraction Report of PI Leon Mare 1-225).

2. The Controlled Buy Recordings from March 18, 2020, April 7, 2020, and May 13, 2020 (Bates Stamped M1-M6; Government's Exhibits 1-6).

DATED this __7__ day of November, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Kim Sokolich

SUPRIYA PRASAD
KIMBERLY SOKOLICH
Assistant United States Attorneys

/s/ Mace Yampolsky

STEVEN KAREN
MACE YAMPOLSKY
Attorneys for Defendant William Alvear

THE FOREGOING SIPULATIONS ARE APPROVED AND SO ORDERED.

_____
HON. CRISTINA SILVA
United States District Judge

Dated: November 8, 2023