

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:20-CR-229-CDS-VCF |
|---|---|
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| WILLIAM ALVEAR, M.D., | |
| Defendant. | |

This Court finds William Alvear, M.D., was found guilty of Count(s) _all-counts_ of an Eight-Count Second Superseding Criminal Indictment charging him in Counts One through Three with distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1); in Counts Four through Eight with dispensing and distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1). Second Superseding Criminal Indictment, ECF No. 201; Minutes of Jury Trial, ECF No. 259; Jury Verdict, ECF No. 262

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has proven the amount for the in personam criminal forfeiture money judgment.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 21 U.S.C § 841(a)(1), a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(D), or a conspiracy to commit such offense; (2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of a violation of 21 U.S.C. § 841(a)(1); and (3) all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. § 841(a)(1), all proceeds traceable to such an exchange,

1  and all moneys, negotiable instruments, and securities used or intended to be used to
2  facilitate any violation of 21 U.S.C. § 841(a)(1) and is subject to forfeiture under 18 U.S.C. §
3  981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1); and 21 U.S.C. § 881(a)(6) with
4  28 U.S.C. § 2461(c).

5      This Court finds William Alvear, M.D., shall pay an in personam criminal forfeiture
6  money judgment of $600 to the United States of America under Fed. R. Crim. P. 32.2(b)(1)
7  and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1) and
8  853(p); and 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c).

9      This Court finds that on the government's motion, the Court may at any time enter
10  an order of forfeiture or amend an existing order of forfeiture to include subsequently
11  located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

12      The in personam criminal forfeiture money judgment complies with *Honeycutt v.*
13  *United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021);
14  and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

15      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
16  the United States of America recover from William Alvear, M.D., an in personam criminal
17  forfeiture money judgment of $600.

18      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
19  copies of this Order to all counsel of record and three certified copies to the United States
20  Attorney's Office, Attention Asset Forfeiture Unit.

21      DATED November 28, 2023.

CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE