IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

USA

                    Plaintiff(s),

vs.                                        2:20-CR-00229-CDS-
                                           VCF-1
WILLIAM ALVEAR

                    Defendant(s).

## SUBSTITUTION OF ATTORNEY

WILLIAM ALVEAR          (Plaintiff) (Defendant) hereby substitutes
_____(Name of Party)_____          (Cross out one)

DONALD J. GREEN
_____
                    (New Attorney)

(Address): 4760 S. PECOS RD #103  LV NV 89121

702-409-8239   CRIMELV7777@aol.com
(Telephone): _____, as attorney of record in place and

stead of: STEVEN J. KAREN & MACE YAMPOLSKY
                    (Present Attorney)

DATED: 11/30/2023                    _____
                                              (Signature of Party)

I consent to the above substitution.

                                      Steven J Karen
DATED: 12-1-2023                     Mace Yampolsky — Steven Karen
                                              (Signature of Present Attorney)

                                      STEVEN J. KAREN, ESQ.
                                      MACE YAMPOLSKY, ESQ.

...

...

...

                              1                                   6/95

1   I am duly admitted to practice in this District.

2   Above substitution accepted.

3   DATED: _11/30/2023_       DONALD J. GREEN

                                                    (Signature of New Attorney)

5   Please check one: _____ RETAINED, or ✕✕ APPOINTED BY THE COURT

7                                   APPROVED:

IT IS SO ORDERED.

Cam Ferenbach

United States Magistrate Judge

12-6-2023

DATED _____

2