__x__ FILED  ____ RECEIVED
____ ENTERED  ____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEPTEMBER 30 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-229-CDS-MDC |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| WILLIAM ALVEAR, M.D., | |
| Defendant. | |

This Court found that William Alvear, M.D., shall pay the in personam criminal forfeiture money judgment of $600 under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1) and 853(p); and 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c). Second Superseding Criminal Indictment, ECF No. 201; Minutes of Jury Trial, ECF No. 259; Jury Verdict, ECF No. 261; Preliminary Order of Forfeiture, ECF No. 263.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $600 complies with *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from William Alvear, M.D., the in personam criminal forfeiture money judgment of $600 under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1) and 853(p); and 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c).

1 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED September 30, 2024.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE