SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634

SUMMER A. JOHNSON
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard S., Suite 1100
Las Vegas, Nevada 89101
Tel: 702-388-6556
Fax: 702-388-6787
Email: Summer.Johnson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00229-CDS-MDC |
| Plaintiff | **Order Authorizing Payment from Federal Bureau of Investigation** |
| v. | |
| WILLIAM ALVEAR, M.D, | |
| Defendant | |

This matter is before the Court on the unopposed motion of the United States to authorize payment of seized funds in the amount of $150,000 from the Federal Bureau of Investigation (FBI) pursuant to 18 U.S.C. §§ 3613(a). The Court has reviewed the motion and finds that for good cause shown, it is ordered that the FBI must turnover to the following named entities and individuals, in the amounts indicated, as payment towards the criminal monetary penalties imposed in this case:

  a. To the Clerk of Court, the amount of $75,000 - Payment made
     payable to:

     Clerk of the Court, U.S. District Court, and delivered to:

     Clerk of the Court, U.S. District Court
     333 Las Vegas Boulevard South, Suite 1334
     Las Vegas, NV 89101
     Re: William Alvear, M.D. / 2:20-cr-00229-CDS-MDC

b. To the US Marshal Service, the amount of $600 – Payment made payable to:

    US Marshal Service, and delivered to:

    333 Las Vegas Blvd South
    Suite 2058
    Las Vegas, NV 89101
    ATTN: Jeffrey Padayao / Asset ID: 20-FBI-005624

c. To William Alvear, M.D., the remaining amount of the seized cash in the approximate amount of $74,400 – payment made to:

    Elizabeth Alvear, and delivered to:

    C/O Donald J Green, Esq.
    4760 South Pecos Road
    Suite 103
    Las Vegas NV 89121

Dated: February 20, 2025

_____
UNITED STATES DISTRICT JUDGE